UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN INCENTIVE ADVISORS LLC,<br>Plaintiff,<br>v.<br><br>WESTERN LANDSCAPE AND PAVERS LLC et al.,<br>Defendant(s). | CASE NO. C23-956-KKE<br><br>ORDER TO AMEND CORPORATE DISCLOSURE |

This matter comes before the Court on Plaintiff's deficient corporate disclosure statement. Dkt. No. 19.

On July 5, 2023, Plaintiff filed its first corporate disclosure statement under Federal Rule of Civil Procedure 7.1, stating "AIA's parent company is Triple Crown Holdings LLC. There is no publicly held corporation that holds ten percent (10%) or more of AIA stock. AIA is organized and existing under the laws of the State of Texas, with its principal place of business in the State of Texas." Dkt. No. 2. On March 14, 2024, the Court ordered Plaintiff to "file an amended corporate disclosure statement that includes the identities and citizenship of its members as required by W.D. Wash. LCR 7.1(b)." Dkt. No. 18. On March 27, 2024, Plaintiff filed an amended corporate disclosure statement adding the citizenship of its majority shareholder (another LLC),

the citizenship of its owner, and the citizenship of its managers.[1] Dkt. No. 19.  This amended disclosure is still deficient because it fails to fully identify all of the members of Triple Crown Holdings LLC and their citizenship.  This deficiency prevents the Court from determining whether there is subject matter jurisdiction under 28 U.S.C. § 1332, which is required to adjudicate Plaintiff's motion for default judgment (Dkt. No. 13).

Accordingly, Plaintiff is ORDERED to correct this deficiency and provide a new corporate disclosure statement identifying each of its members and their citizenship by **April 25, 2024**.  To the extent any members of Plaintiff are also LLCs, Plaintiff must provide the citizenship of those members as well.  LCR 7.1(b) (requiring disclosure of any member's members); *see, e.g.*, *Nippon Paper Indus. USA Co. v. Georgia Pac., LLC*, No. 3:22-CV-05743-LK, 2023 WL 422940, at *1 (W.D. Wash. Jan. 26, 2023).

Dated this 18th day of April, 2024.

Kymberly K. Evanson
United States District Judge

---

[1] It is not clear whether Plaintiff is using the terms "shareholder" or "manager" to mean LLC member.