UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN INCENTIVE ADVISORS LLC,<br>Plaintiff,<br>v.<br><br>WESTERN LANDSCAPE AND PAVERS LLC et al.,<br>Defendants. | CASE NO. C23-956-KKE<br><br>ORDER TO SHOW CAUSE |

    This matter comes before the Court *sua sponte*. Plaintiff sued Defendants in June 2023 and moved for default judgment in February 2024. Dkt. Nos. 1, 13. On April 29, 2024, the Court denied Plaintiff's motion for default judgment without prejudice for failing to provide a copy of its contract with Defendants and failing to support its claim against Stacey Coleman individually. Dkt. No. 22. No action has been taken on the case since then.

    Accordingly, if Plaintiff intends to maintain this case, Plaintiff is ordered to file a status report by November 18, 2024 updating the Court on its efforts to correct the errors in its motion for default judgment and proposing a deadline by which it will refile for default judgment. If Plaintiff does not comply with this order the Court will dismiss the case without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

    Dated this 4th day of November, 2024.

Kymberly K. Evanson
United States District Judge